# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1168
_____

T.J., father of I.R.J., minor child,

    Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David James Oberliesen, Judge.

January 18, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Ferril Turner, Jr., Milton; David Maldonado of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

Tonya D. Davis, Department of Children and Families, Milton; Andrew McGinley, Department of Children and Families, Tallahassee; Sandra Carroll, Guardian ad Litem, Milton; Sarah J. Rumph, Children's Legal Services, Tallahassee; Sara Goldfarb, Statewide Director of Appeals, and Caitlin Burke, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee.